IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN E. RIDDLE, and ERIN M. RIDDLE, <br><br>  Plaintiffs, <br><br> vs. <br><br> CHARTER WEST BANK, A Nebraska Corporation; <br><br>  Defendant. | 8:18CV17 <br><br> **ORDER** |

Plaintiffs have filed a document which seemingly asserts that Defendant has refused to participate in discovery. ([Filing No. 65](#).) The telephonic planning conference in this case is scheduled to occur on September 10, 2018, at 11:00 a.m. The Court will address Plaintiffs' concerns regarding discovery at that time.

Accordingly,

**IT IS ORDERED** that Defendant shall file a response to Plaintiffs' Statement ([Filing No. 65](#)) by September 3, 2018.

Dated this 23rd day of August, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge