IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN E. RIDDLE and ERIN M. RIDDLE,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARTER WEST BANK, a Nebraska Corporation,<br><br>Defendant. | 8:18-CV-17<br><br>ORDER |

IT IS ORDERED:

1. The Clerk of the Court shall modify the docket entry for the plaintiffs' filing 94 to indicate that the filing is a single motion, and that it is a motion for summary judgment.

2. The defendant may respond to the plaintiffs' motion for summary judgment (filing 94) on or before December 4, 2018. The plaintiffs may reply in support of their motion on or before December 11, 2018.

3. In responding to the plaintiffs' motion, the defendant *may* assert any alleged noncompliance with Fed. R. Civ. P. 56 and/or NECivR 56.1, along with any other procedural defenses, but the defendant shall also address the plaintiffs' motion on the merits of their claim.

4. The defendant shall regard ¶¶ 1-13 of filing 94 as a statement of undisputed material facts within the meaning of NECivR 56.1(a)(1), and shall respond as provided by NECivR 56.1(b)(1).

Dated this 14th day of November, 2018.

BY THE COURT:

John M. Gerrard
Chief United States District Judge